IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY-WAYNE KELLY,
    Plaintiff,

vs.                                                Case No.: 3:15cv58/MCR/EMT

JEFF R. GADDY,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 29, 2015 (doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's claims are **DISMISSED** without prejudice pursuant to 28 U.S.C.A. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this 26th day of June 2015.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**